In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline HERMAN RIVKIN, an Attorney.— Matter referred to the Hon. Herbert T. Ketcham, as official referee, to take testimony and report with his opinion and recommendation thereon. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

In the Matter of the Petition of FREDERICK R. RYAN to Prove the Last Will and Testament of WALTER F. SYKES, Deceased.— Motion for stay dismissed, without costs, as a decision is unnecessary. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

RALPH BEVELAQUA, Respondent, v. ROSE BEVELAQUA, Appellant.— Interlocutory judgment reversed upon the law and the facts, without costs, and a new trial granted. The admission of plaintiff's testimony other than proof of the marriage was clearly erroneous under section 349 of the Civil Practice Act.† It was highly prejudicial to the defendant, and we cannot say that it did not influence the jury in arriving at the verdict rendered. We reverse on the facts as well as on the law because no exception was taken to the admission of most of this evidence. Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

JOHN A. BORST, Appellant, v. BROOKLYN DAILY TIMES, INC., Respondent.— Judgment and order unanimously affirmed, without costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

SARAH BRAILOWSKY, as Administratrix, etc., of SAMUEL BRAILOWSKY, Deceased, Respondent, v. HOTEL TRAYMORE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ.

MICHAEL W. BRISTER, Appellant, v. FLATBUSH LEASING CORPORATION, Respondent.— Judgment reversed on the law and new trial granted, with costs to appellant to abide the event. Appeal from order dismissing complaint dismissed, without costs, on authority of Brister v. Flatbush Leasing Corporation [ante, p. 294], decided herewith. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

THE CITY OF NEW YORK, Appellant, Respondent, v. QUEENS COUNTY WATER COMPANY, Respondent, Appellant.— Interlocutory judgment reversed on the law and complaint dismissed, without costs to either party as against the other, on authority of City of New York v. Citizens Water Supply Co. (199 App. Div. 169). Blackmar, P. J., Rich, Jaycox and Young, JJ., concur; Kelly, J., concurs on the ground that the order made by the commissioner in 1918 was invalid, as made without notice or hearing.

† Formerly Code Civ. Proc. § 831.— [REP.